**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): _____    Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | BCT Deals, Inc. |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | DBA Best Costumes & Toy Deals |
| 3. | Debtor's federal Employer Identification Number (EIN) | 46-2221320 |

| 4. | Debtor's address | **Principal place of business**<br><br>2660 East Del Amo Blvd.<br>Compton, CA 90221<br>Number, Street, City, State & ZIP Code<br><br>Los Angeles<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | Debtor's website (URL) | _____ |
|---|---|---|

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
|---|---|---|

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor __BCT Deals, Inc._____  Case number (*if known*)_____
      Name

7. **Describe debtor's business**

    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ■ None of the above

    B. *Check all that apply*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
    See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

    *Check one:*

    ☐ Chapter 7

    ☐ Chapter 9

    ■ Chapter 11. *Check all that apply*:

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
    If more than 2 cases, attach a separate list.

    ■ No.
    ☐ Yes.

    District _____  When _____  Case number _____
    District _____  When _____  Case number _____

Debtor  **BCT Deals, Inc.**　　　　　　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　　Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____　Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
　　　　　　　　　　　　　Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
☐ Yes.　Insurance agency _____
　　　　　Contact name _____
　　　　　Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

| Debtor | BCT Deals, Inc. | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **BCT Deals, Inc.**  Case number (*if known*)
       Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is **true** and **correct**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   October 22, 2021
              MM / DD / YYYY

X  /s/ Michael Ward                              Michael J. Ward
   Signature of authorized representative of debtor    Printed name

Title  **President**

**18. Signature of attorney**

X  /s/ Michael J. Berger                         Date  10/22/2021
   Signature of attorney for debtor                    MM / DD / YYYY

**Michael Jay Berger**
Printed name

**Law Offices of Michael Jay Berger**
Firm name

**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
Number, Street, City, State & ZIP Code

Contact phone  (310) 271-6223    Email address  michael.berger@bankruptcypower.com

**100291 CA**
Bar number and State

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 5

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | BCT Deals, Inc. |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 2M Distributors LLC dba Shepher Distributors & Sales 2300 Linden Blvd. Brooklyn, NY 11208 | | Goods sold and received Lawsuit filed, case No.: 19CMCV00174 | Contingent Unliquidated Disputed | | | $71,083.50 |
| Aeromax Industries, Inc. c/o Alexander V. Hettena, Esq. 31348 Via Colinas, #106 Thousand Oaks, CA 91362 | | Goods sold and received Lawsuit filed, case No.: 19CMCV00257 | Contingent Unliquidated Disputed | | | $91,319.99 |
| Auldey Toys 2100 E Grand Avenue, Ste 500 El Segundo, CA 90245 | | Vendor | | | | $428,530.00 |
| CSL Express Line 17523 S. Susana Rd. East Rancho Dominguz, CA 90221 | | Services | | | | $16,952.78 |
| Dell Financial Services P O box 5275 Carol Stream, IL 60197-5275 | | Services | | | | $6,840.09 |
| Easter Unlimited Inc/Fun World c/o Natalia Minassian Hatkott & Minassian 18757 Burbank Blvd., Ste 100 Tarzana, CA 91356 | | Goods and Services Lawsuit filed, Case No.: 20STCV03374 | Contingent Unliquidated Disputed | | | $780,143.00 |

Debtor    BCT Deals, Inc.    Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Executive Financial Enterprises 470 S San Vicente Blvd, #1f Los Angeles, CA 90048 | | Services of UPS Lawsuit filed, case No.: 21CMCV00188 | Contingent Unliquidated Disputed | | | $370,000.00 |
| Express Employment Professionals 22805 Hawthorne Blvd. Torrance, CA 90505 | | Services | | | | $6,934.17 |
| FedEx P O Box 7221 Pasadena, CA 91109-7321 | | FedEx Services, Lawsuit filed, Case No.: 2:20-cv-01385-AB-JEM Case settled. | Contingent Unliquidated Disputed | | | $151,000.00 |
| Harvest Small Business Finance, LLC 24422 Avenida De La Carlota #232 Laguna Hills, CA 92653 | | Paycheck Protection Program - Subject to forgiveness | Contingent | | | $83,418.00 |
| Landsberg/EPS 1900 W. University Drive, Ste 101 Tempe, AZ 85281 | | Services | | | | $12,018.72 |
| Lending Club 71 Stevenson Street, Ste 300 San Francisco, CA 94105 | | Business Loan | | | | $22,295.76 |
| PayPal Swift Capital 3505 Silverside Road, Ste 200 Wilmington, DE 19810 | | Business Loan | | | | $49,996.68 |
| Regal Logistics 6500 26th St E Fife, WA 98424 | | Services | | | | $2,811.77 |
| Rubies Costume Co. One Rubie Plaza Richmond Hill, NY 11418 | | Vendor | | | | $428,530.00 |
| Square Capital 1455 Market Street, Ste 600 MSC 715 San Francisco, CA 94103 | | Business Loan | | | | $49,996.68 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Debtor **BCT Deals, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Total Quality Ligistics P O Box 634558 Cincinnati, OH 45263-4558 | | Services | | | | $6,804.82 |
| Trick or Treat Studios, Inc. c/o Hector Emilio Corea, Esq. DLA Piper LLP 2000 Avenue of Stars, Ste 400 N.T. Los Angeles, CA 90067 | | Goods sold and received Lawsuit filed, case No.: 21CMCV00057 | Contingent Unliquidated Disputed | | | $182,226.09 |
| U-Line Shipping Supplies P O Box 88741 Chicago, IL 60680-1741 | | Services | | | | $6,143.00 |
| Unishippers 1049 Eber Blvd., #108 Melbourne, FL 32904 | | Services | | | | $21,341.00 |

# United States Bankruptcy Court
## Central District of California

In re: **BCT Deals, Inc.**
Debtor(s)

Case No. _____
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Michael J. Ward
2704 W. 232nd Street
Torrance, CA 90505 | | | 100% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Michael Jay Ward, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   October 22, 2021            Signature   _/s/ Michael J. Ward_
                                                Michael J. Ward

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  Compton , California.

Date:  October 22, 2021

Michael J. Ward
Signature of Debtor 1

Signature of Debtor 2

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Michael Jay Berger**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212**<br>**(310) 271-6223 Fax: (310) 271-9805**<br>California State Bar Number: **100291 CA**<br>michael.berger@bankruptcypower.com | FOR COURT USE ONLY |
|---|---|
| ☐ *Debtor(s) appearing without an attorney*<br>■ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>    **BCT Deals, Inc.**<br><br><br><br>                                                        Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __7__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _October 22, 2021_

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                                                                        F 1007-1.MAILING.LIST.VERIFICATION

BCT Deals, Inc.
2660 East Del Amo Blvd.
Compton, CA 90221


Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212


2M Distributors LLC
dba Shepher Distributors & Sales
2300 Linden Blvd.
Brooklyn, NY 11208


A.C. Industrial Properties LLC
8081 Orangethrope Ave.
Buena Park, CA 90621


Aeromax Industries, Inc.
c/o Alexander V. Hettena, Esq.
31348 Via Colinas, #106
Thousand Oaks, CA 91362


Alvarez, Monserrath
4302 W 142nd Street
Hawthorne, CA 90250


Antonio, Alexander
8145 Garden View Ave #A
South Gate, CA 90280


AT & T Telephone
P O Box 5025
Carol Stream, IL 60197-5025

Auldey Toys
2100 E Grand Avenue, Ste 500
El Segundo, CA 90245

California Internet
dba GeoLinks
251 Camarillo Ranch Rd.
Camarillo, CA 93012

CSL Express Line
17523 S. Susana Rd.
East Rancho Dominguz, CA 90221

Dell Financial Services
P O box 5275
Carol Stream, IL 60197-5275

Easter Unlimited Inc/Fun World
c/o Natalia Minassian
Hatkott & Minassian
18757 Burbank Blvd., Ste 100
Tarzana, CA 91356

Espinoza, Desteny
5860 Walnut Ave
Long Beach, CA 90805

Executive Financial Enterprises
470 S San Vicente Blvd, #1f
Los Angeles, CA 90048

ExFreight Zeta LLC
2290 10th Ave. N. Ste 501
Lake Worth, FL 33461

Express Employment Professionals
22805 Hawthorne Blvd.
Torrance, CA 90505


FC Marketplace, LLC
c/o West Imboden, Esq.
The Moore Law Group, APC
P O Box 25145
Santa Ana, CA 92799


FedEx
P O Box 7221
Pasadena, CA 91109-7321


Florida Dept of Revenue
1415 W. US Highway 90, Ste 115
Lake City, FL 32055-6056


Garcia, Catiria
809 W Colden Ave
Los Angeles, CA 90044


Garcia, Rosa
5860 Walnut Ave
Long Beach, CA 90805


Gonzalez, Angelin A
809 W Colden Ave
Los Angeles, CA 90044


Graziano & Company
847 Broadway
Bayonne, NJ 07002

Harvest Small Business Finance, LLC
24422 Avenida De La Carlota #232
Laguna Hills, CA 92653


Jery Jen, Esq.
Jen Law Firm, APC
5777 W. Century Blvd., #880
Los Angeles, CA 90045


Kabbage
P O Box 77081
Atlanta, GA 30357


Kansas Dept of Revenue
120 SE 10th Ave.
Topeka, KS 66625-3506


Landsberg/EPS
1900 W. University Drive, Ste 101
Tempe, AZ 85281


Lending Club
71 Stevenson Street, Ste 300
San Francisco, CA 94105


Loftus International
865 South 200 East
Salt Lake City, UT 84111


Long K. Bui, Esq.
Law Offices of Sakaida and Bui
2355 Westwood Blvd, Ste 327
Los Angeles, CA 90064

Lyons, Cayden D
15522 Hornell Street
Torrance, CA 90503


Mann Ware, Lee M
14745 Figueras Road
La Mirada, CA 90638


Montanez, Ernie
400 E Desford Street
Carson, CA 90745


Park-Tuckcer, Adrienne
23114 Middlebank Drive
Newhall, CA 91321


PayPal  Swift Capital
3505 Silverside Road, Ste 200
Wilmington, DE 19810


Penske Truck Leasing
19646 S. Figueroa
Carson, CA 90745-1099


Quanan, Melissa A
2456 W 231st Street
Torrance, CA 90501


Regal Logistics
6500 26th St E
Fife, WA 98424

William Andrew Brown Jr., Esq.
Law Office of William A. Brown, Jr.
801 S. Grand Avenue, 11th Floor
Los Angeles, CA 90017-4618